IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOS REYES FIREWOOD and
PAUL KEITH REYES

    Plaintiffs,

v.                                            Case No. 14-CV-00303-KG-SCY

STATE OF NEW MEXICO'S
BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER AND
JAIL DIRECTOR CHIEF RAMON RUSTIN,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having granted Defendants' Motion to Dismiss in Lieu of Answer (Doc. 2) by a Memorandum Opinion and Order entered contemporaneously with this Order of Dismissal Without Prejudice,

IT IS ORDERED that Plaintiffs' Amended Complaint for Damages is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE